

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | § | |
|---|---|---|
| STEVEN PAINTER, TONYA WRIGHT, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF EARL A. WRIGHT, III, DECEASED, VIRGINIA WEAVER, INDIVIDUALLY AND AS NEXT FRIEND OF ALBERT A. CARILLO, A MINOR, TABATHA P. ROSELLO, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF ALBERT CARILLO DECEASED, | § § § § § § | No. 08-13-00272-CV<br><br>Appeal from<br><br>83rd District Court<br><br>of Pecos County, Texas<br><br>(TC # P-6666-83-CV) |
| Appellants, | § | |
| v. | § | |
| SANDRIDGE ENERGY, INC., | § | |
| Appellee. | § § | |

# J U D G M E N T

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. We further order that Appellee recover from Appellants and its sureties, if any, *see* TEX.R.APP.P. 43.5, on the judgment and all costs, both in this Court and the court below for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 3RD DAY OF NOVEMBER, 2015.


ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rodriguez, J., and Chew, C.J. (Senior)
Chew, C.J. (Senior), sitting by assignment
Chew, C.J. (Senior), dissenting without opinion